JUDGE LYNCH

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X
FRONTIER COMMUNICATIONS,
OF NEW YORK, INC.

              Plaintiff,

v.                                 Civil Action No. 07 CV 0327

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, AFl-CIO,
LOCAL UNION 503,

              Defendant.
-----------------------------------------------------X

## PLAINTIFF'S CORPORATE DISCOLSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Frontier Communications of New York, Inc. states that it is a wholly-owned subsidiary of Citizens Communications

Company, which is publicly traded on the New York Stock Exchange.

Dated: November 14, 2007

                                         Respectfully submitted,

                                         Wendy C. Butler (WB - 2539)
                                         Jones Day
                                         222 E. 41st Street
                                         New York, NY 10017
                                         212.326.3939 (telephone)
                                         212.755.7306 (facsimile)

                                         Thomas M. Beck
                                         Tonya M. Osborne
                                         Jones Day
                                         51 Louisiana Avenue, N.W.
                                         Washington, D.C. 20001
                                         202-879-3939 (telephone)
                                         202-626-1700 (facsimile

                                         Attorneys for Plaintiff Frontier Communications
                                         of New York, Inc.

WAI-2853041v1