| | |
|---|---|
| **US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK**<br>COUNTY OF _____ | **AFFIDAVIT OF SERVICE**<br>ATTORNEY: FIRM<br>FF/INDEX #: 07 CV 10327<br>DATE FILED: 11/14/07<br>DOCKET #: |

FRONTIER COMMUNICATIONS OF NEW YORK, INC.

Plaintiff(s)/Petitioners(s)

- AGAINST -

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO, LOCAL UNION 503

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

### STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **11/16/07** at **2:05 PM** at **3 REIGER DRIVE, MONROE, NY 10950**

deponent served the within **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR DECLARATORY JUDGMENT, STAY OF ARBITRATION AND INJUNCTIVE RELIEF, PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT, JUDGES INDIVIDUAL**

on **INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO, LOCAL UNION 503** therein named

**CORPORATION** ☑ By delivering to and leaving with **JAMES C. HUMPHREY** so served to be the **PRESIDENT** and that he knew the person of the corporation, and authorized to accept service.

☐ AND AT THE SAME TIME PAYING IN ADVANCE THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:

**MALE   WHITE SKIN   BLACK & WHITE HAIR   60-70 YEARS   6'3"   285 LBS**

Other identifying features:

**GLASSES, BALDING, WAS SEATED**

Sworn to before me on: **11/19/07**

_signature_ — MIKE RENNA

| JOHN GOULD<br>NOTARY PUBLIC, STATE OF NEW YORK<br>QUALIFIED IN ORANGE COUNTY<br>COMMISION EXPIRES JULY 15, 20__<br>01G05013764 | JOANN JOHNSON<br>NOTARY PUBLIC, STATE OF NEW YORK<br>QUALIFIED IN ORANGE COUNTY<br>COMMISION EXPIRES AUGUST 15, 20_10_<br>01J05031856 | KATHLEEN GOULD<br>NOTARY PUBLIC, STATE OF NEW YORK<br>QUALIFIED IN ORANGE COUNTY<br>COMMISION EXPIRES NOVEMBER 30, 20__<br>4632958 |