AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

_Southern_  DISTRICT OF  _New York_

**APPEARANCE**

Case Number: 07-CV-10327

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, International Brotherhood of Electrical Workers, AFL-CIO, Local Union 503

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/5/2007 |  |
| Date | Signature |
| | Marion M. Lim |
| | Print Name — Bar Number |
| | 3 West 35th Street, 9th Floor |
| | Address |
| | New York — NY — 10001-2204 |
| | City — State — Zip Code |
| | (212) 682-2280 — (212) 682-2153 |
| | Phone Number — Fax Number |