AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern  DISTRICT OF  New York

### APPEARANCE

Case Number: 07-CV-10327

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, International Brotherhood of Electrical Workers, AFL-CIO, Local Union 503

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/7/2007 |  |
| Date | Signature |
| | Vincent F. O'Hara |
| | Print Name / Bar Number |
| | 3 West 35th Street, 9th Floor |
| | Address |
| | New York / NY / 10001-2204 |
| | City / State / Zip Code |
| | (212) 682-2280 / (212) 682-2153 |
| | Phone Number / Fax Number |