Lynch, J.

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
FRONTIER COMMUNICATIONS OF
NEW YORK, INC.

                      Plaintiff,

    - against -

INTERNATIONAL BROTHERHOOD OF ELECTRICAL
WORKERS, AFL-CIO, LOCAL UNION 503

                      Defendant.
---------------------------------------x

STIPULATION

07-CV-10327
(Lynch, J.)
(Eaton, M.J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys for plaintiff and defendant that the time for defendant to serve a responsive pleading or otherwise move pursuant to Rule 12 of the FRCP is hereby extended up to and including January 18, 2008.

Dated: New York, New York
       December 5, 2007

JONES DAY

By /s/ Wendy C. Butler
Wendy C. Butler
Attorneys for Plaintiff
222 East 41st Street
New York, New York 10017
(212) 326-3939

HOLM & O=HARA LLP

By /s/ Vincent F. O'Hara
Vincent F. O'Hara
Attorneys for Defendant
3 West 35th Street, 9th Floor
New York, New York 10001
(212) 682-2280

L:\VFO\IBEW-503\4503.073\Pleadings\Stip.Extend.doc

SO ORDERED

/s/ [signature]
U.S.D.J.

12/10/07