UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X
FRONTIER COMMUNICATIONS :
OF NEW YORK, INC. :
        Plaintiff, :
         :
v. : Civil Action No. 07-CV-10327
         :
INTERNATIONAL BROTHERHOOD OF : (Lynch, J.)
ELECTRICAL WORKERS, AFl-CIO, : (Eaton, M.J.)
LOCAL UNION 503, :
         :
        Defendant. :
-------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

## ORDER FOR ADMISSION *PRO HAC VICE*
## ON WRITTEN MOTION

Upon the Unopposed Motion of Plaintiff Frontier Communications of New York, Inc. for an Order pursuant to Rule 1.3(c) of the Rules of the United States District Court for the Southern District of New York granting *pro hac vice* admission to Thomas M. Beck in connection with the above-captioned action, and upon consideration of the motion and declaration in support thereof, it is hereby

**ORDERED** that Thomas M. Beck is granted *pro hac vice* admission to the Bar of this Court for the purpose of participating in this action.

Dated: Feb. 4, 2008
New York, New York

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

WAI-2862284v2