UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
FRONTIER COMMUNICATIONS        :
OF NEW YORK, INC.              :
                               :
          Plaintiff,         :
                               :
v.                             :   Civil Action No. 07-CV-10327
                               :
INTERNATIONAL BROTHERHOOD OF   :   (Lynch, J.)
ELECTRICAL WORKERS, AFl-CIO,   :   (Eaton, M.J.)
LOCAL UNION 503,               :
                               :
          Defendant.         :
------------------------------------------------------X

### NOTICE OF UNOPPOSED MOTION
### FOR *PRO HAC VICE* ADMISSION OF THOMAS M. BECK

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Wendy C. Butler, a member in good standing of the Bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of Thomas M. Beck. Mr. Beck is resident in the Washington, D.C. office of Jones Day, which is located at 51 Louisiana Avenue, N.W., Washington, DC 20001, (202) 879-3939 (telephone), (202) 626-1700 (facsimile). Mr. Beck is a member in good standing of the Bars of the Commonwealth of Virginia and the District of Columbia. There are no pending disciplinary proceedings against Mr. Beck in any State or Federal court. A declaration in support of this motion with an annexed exhibit is attached hereto. Counsel for Plaintiff has consulted with counsel for Defendant, and Counsel for Defendant consents to the motion.

WAI-2862284v2

-2-

Dated: February 1, 2008
      New York, New York

Respectfully submitted,

*/s/ Wendy C. Butler*

Wendy C. Butler (WB-2539)
JONES DAY
222 East 41st Street
New York, New York  10017-6702
Tel: 212-326-3939
Fax: 212-755-7306

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X
FRONTIER COMMUNICATIONS       :
OF NEW YORK, INC.             :
                              :
         Plaintiff,       :
                              :
v.                            :    Civil Action No. 07-CV-10327
                              :
INTERNATIONAL BROTHERHOOD OF  :    (Lynch, J.)
ELECTRICAL WORKERS, AFl-CIO,  :    (Eaton, M.J.)
LOCAL UNION 503,              :
                              :
         Defendant.       :
------------------------------------------------X

**DECLARATION OF WENDY C. BUTLER IN SUPPORT OF UNOPPOSED MOTION FOR *PRO HAC VICE* ADMISSION OF THOMAS M. BECK**

Wendy C. Butler, pursuant to the provisions of 28 U.S.C. § 1746, states and declares as follows:

1. I am a member of the Bar of this Court and a partner at Jones Day, counsel for Plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I submit this declaration in support of Plaintiff's application for an order granting Thomas M. Beck *pro hac vice* admission to this Court to participate in the above-captioned action, pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York.

2. Mr. Beck is a partner at Jones Day. He was admitted to practice before the courts of the Commonwealth of Virginia in 1992 and the District of Columbia in 1993. Certificates of Good Standing issued by the Virginia State Bar, dated January 30, 2008, and the District of Columbia Court of Appeals, dated January 29, 2008, are attached hereto as Exhibit A. There are

no disciplinary proceedings against him in any jurisdiction. In addition, Mr. Beck is familiar with both Federal and Local Rules of Civil Procedure.

3. Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I request that Thomas M. Beck be permitted to appear *pro hac vice* for all purposes in connection with the above-captioned action.

4. Counsel for Plaintiff has consulted with counsel for Defendant, and Counsel for Defendant consents to the motion.

5. Because no novel issue of law is involved in this motion, I further request that this Court waive the requirement of a supporting memorandum of law pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern District of New York.

6. I respectfully submit a proposed Order, which is attached hereto as Exhibit B, granting the admission of Mr. Beck.

7. I declare under penalty of perjury that the foregoing is true and correct.

WHEREFORE, it is respectfully requested that this Court grant Thomas M. Beck *pro hac vice* admission to the Bar of this Court for all purposes in connection with this case.

Dated: February 1, 2008
New York, New York

*/s/ Wendy C. Butler*
Wendy C. Butler



# District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

Thomas M. Beck

was on the  14th  day of  May, 1993, duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 29, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

# VIRGINIA STATE BAR



## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **THOMAS MARTIN BECK** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. BECK** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 1, 1992,** AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

Issued January 30, 2008

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X
FRONTIER COMMUNICATIONS  :
OF NEW YORK, INC.  :
         Plaintiff,  :
  :
v.  :      Civil Action No. 07-CV-10327
  :
INTERNATIONAL BROTHERHOOD OF  :      (Lynch, J.)
ELECTRICAL WORKERS, AFl-CIO,  :      (Eaton, M.J.)
LOCAL UNION 503,  :
  :
         Defendant.  :
------------------------------------------------X

## ORDER FOR ADMISSION *PRO HAC VICE*
## ON WRITTEN MOTION

Upon the Unopposed Motion of Plaintiff Frontier Communications of New York, Inc. for an Order pursuant to Rule 1.3(c) of the Rules of the United States District Court for the Southern District of New York granting *pro hac vice* admission to Thomas M. Beck in connection with the above-captioned action, and upon consideration of the motion and declaration in support thereof, it is hereby

**ORDERED** that Thomas M. Beck is granted *pro hac vice* admission to the Bar of this Court for the purpose of participating in this action.

Dated: _____, 2008
       New York, New York

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Motion Unopposed Motion for *Pro Hac Vice* Admission was delivered, by hand, on this 1st day of February 2008 to:

Vincent F. O'Hara
Marion M. Lim
HOLM & O'HARA LLP
3 West 35th Street, 9th Floor
New York, New York 10001

*Attorneys for Defendant International Brotherhood of Electrical Workers, AFL-CIO, Local Union 503*

_____
Wendy C. Butler

WAI-2862284v2