

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRONTIER COMMUNICATIONS OF
NEW YORK, INC.,

                Plaintiff,

-against-

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, AFL-CIO, LOCAL
UNION 503,

                Defendant.

---

07-CV-10327
(Lynch, U.S.D.J.)

**STIPULATION AND ORDER
EXTENDING TIME TO OPPOSE
MOTION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties, that the time for Plaintiff Frontier Communications of New York, Inc. to oppose or otherwise respond to Defendant's Motion to Dismiss shall be extended to February 11, 2008. The original deadline was February 4, 2008. The parties have not previously sought to extend this deadline.

WAI-2862443v1

Dated: New York, New York
February 8, 2008

| JONES DAY | HOLM & O'HARA LLP |
|---|---|
| By: /s/ Wendy Butler <br> Wendy C. Butler (WB-2539) <br> JONES DAY <br> 222 East 41st Street <br> New York, New York 10017-6702 <br> (212) 326-3939 | By: /s/ Vincent O'Hara / by wbc w/ express permission <br> Vincent F. O'Hara <br> HOLM & O'HARA LLP <br> 3 West 35th Street, 9th Floor <br> New York, New York 10001 <br> (212) 682-2280 |
| Attorney for Plaintiff | Attorney for Defendant |

SO ORDERED:

/s/ Gerard E. Lynch
_____
UNITES STATES DISTRICT JUDGE

2/13/08

- 2 -

WAI-2862443v1