Lynch, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
FRONTIER COMMUNICATIONS OF
NEW YORK, INC.

                     Plaintiff,

    - against -

INTERNATIONAL BROTHERHOOD OF ELECTRICAL
WORKERS, AFL-CIO, LOCAL UNION 503

                     Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STIPULATION

07-CV-10327
(Lynch, J.)

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys for Plaintiffs and Defendants that the time for Defendants to serve a Reply in support of their Motion to Dismiss Plaintiffs' complaint pursuant to Rule 12(b)(6) is hereby extended up to and including February 22, 2008.

Dated: New York, New York
       February 13, 2008

JONES DAY

By _____ 2-13-08
Thomas M. Beck
*Attorneys for Plaintiff*
51 Louisiana Avenue, NW
Washington, D.C. 20001
(202) 879-3603

HOLM & O'HARA LLP

By _____
Vincent F. O'Hara
*Attorneys for Defendant*
3 West 35th Street, 9th Floor
New York, New York 10001
(212) 682-2280

L:\VFO\IBEW-503\4503.073\Pleadings\Stip.Extend.2.doc

SO ORDERED:

_____
U.S.D.J.
2/19/08