# MANDATE

SDNY / NYNY
07-CV-10327
Lynch

### UNITED STATES COURT OF APPEALS
### FOR THE SECOND CIRCUIT

FRONTIER COMMUNICATIONS OF
NEW YORK, INC.,

    Appellant,

-against-

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, AFL-CIO, LOCAL
503,

    Appellee.

08-2798-CV



STIPULATION FOR DISMISSAL

Come Now the parties, by and through their undersigned attorneys, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and hereby stipulate and agree that appeal number 08-2798-CV pending in this Court and referenced above may be dismissed with prejudice, each party to bear its own costs.

Dated: 7/31/08

        JONES DAY

        By: _____
        Wendy C. Butler (WB-2539)
        JONES DAY
        222 East 41st Street
        New York, New York 10017-6702
        (212) 326-3939

        Attorney for Plaintiff-Appellant

**CERTIFIED:**

AUG - 4 2008

Dated: 7/31/08

*[signature]*
Vincent F. O'Hara
Marion M. Lim
HOLM & O'HARA LLP
3 West 35th Street, 9th Floor
New York, New York 10001
(212) 682-2280

Attorney for Defendant-Appellee

SO ORDERED

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By *[signature]*
Stanley A. Bass, Staff Counsel

Aug. 1, 2008

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by *[signature]*
DEPUTY CLERK